402 A.2d 661

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Lee Edward GOFF, Appellant.**

Supreme Court of Pennsylvania.

Argued May 21, 1979.

Decided June 22, 1979.

John J. Moran, II, Asst. Public Defender, York, for appellant.

Sheryl Ann Dorney, Asst. Dist. Atty., Harry M. Ness, York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.